IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:03cv302-C |
| TUSKEGEE NEWSPAPERS, INC., | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders in this case, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice.

It is further ORDERED that the cost of this proceeding be and is hereby taxed

against the plaintiff.

Done this 18th day of April, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE